UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SETH ABBOTT,

  Plaintiff,

-vs-                                                 CASE NO.:  6:14-CV-00172-GAP-GJK

ADVANTAGE TRAVEL, LC.

  Defendant.

## NOTICE OF SETTLEMENT

Plaintiff, Seth Abbott, by and through the undersigned counsel, hereby submits this Notice of Settlement and states that all parties have reached an agreement with regard to this case and are presently finalizing the settlement and dismissal documents.  Upon execution of the same, the parties will file the appropriate joint stipulation of dismissal with this Honorable Court.

Respectfully submitted this  3rd   day of   October  , 2014.

                                             */s/ Amanda J. Allen*
                                             Amanda J. Allen, Esquire
                                             Morgan & Morgan, Tampa,  P.A.
                                             One Tampa City Center
                                             201 N. Franklin Street, 7th Floor
                                             Tampa, FL 33602
                                             Tele:  (813) 223-5505
                                             Fax:  (813) 223-5402
                                             AAllen@ForThePeople.com
                                             Florida Bar #:  0098228

## CERTIFICATE OF SERVICE

I, Amanda J. Allen, hereby certify that on October __3rd__, 2014, I electronically filed the foregoing with the Clerk of Court using the ECF system which sent notification of such filing to:

**Ralph H. Schofield, Jr.**
Florida Bar No. 70543
Clark, Campbell, Lancaster & Munson, P.A.
500 South Florida Ave., Suite 800
Lakeland, FL 33801
Phone: (863) 647-5337
Facsimile: (863) 647-5012
Email: rschofield@clarkcampbell-law.com
*Trial Counsel for Defendant*

　　　　　　　　　　　　　　　　　　　　　　　 */s/ Amanda J. Allen*
　　　　　　　　　　　　　　　　　　　　　　　Amanda Allen, Esquire
　　　　　　　　　　　　　　　　　　　　　　　Florida Bar #: 0098228